## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **No. 5:21-CR-12(1)-RWS-JBB** |
| | § | |
| **JULIAN ALLMON** | § | |

## ORDER

The above-captioned criminal action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 15, 2023, the Magistrate Judge issued a Report and Recommendation recommending Defendant's Motion to Suppress (Docket No. 112) be denied. Docket No. 146. The motion to suppress concerns a May 13, 2020 traffic stop and search of a maroon/red Cadillac SUV in which Defendant Julian Allmon ("Defendant") was a passenger.

No objections have been filed to the Report and Recommendation. Thus, any aggrieved party is barred from *de novo* review of the proposed findings and recommendations of the Magistrate Judge, except upon grounds of plain error or manifest injustice. *Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203- RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court, having reviewed the relevant briefing, the evidence, the hearing transcript, and the Report and Recommendation, is of the opinion the findings and conclusions of the Magistrate Judge are correct. There being no grounds of plain error or manifest injustice, the Court hereby **ADOPTS** the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is

**ORDERED** that Defendant's Motion to Suppress and Brief in Support (Docket No. 112) is **DENIED**.

**So ORDERED and SIGNED this 31st day of May, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE